| | |
|---|---|
| 1 | **TOSTRUD LAW GROUP, P.C.** |
| 2 | JON A. TOSTRUD<br>1925 Century Park East. Suite 2100 |
| 3 | Los Angeles, CA 90067<br>Telephone: (310) 278-2600 |
| 4 | Facsimile: (310) 278-2640 |
| 5 | Email: jtostrud@tostrudlaw.com |
| 6 | **GAINEY McKENNA & EGLESTON**<br>THOMAS J. MCKENNA |
| 7 | 440 Park Avenue South, 5th Floor |
| 8 | New York, New York 10016<br>Telephone: (212) 983-1300 |
| 9 | Facsimile: (212) 983-0383<br>Email: tjmckenna@gme-law.com |
| 10 | |
| 11 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>MELLANOX TECHNOLOGIES, LTD., IRWIN FEDERMAN, JON A. OLSON, GLENDA DORCHAK, AMAL M. JOHNSON, JACK R. LAZAR, UMESH PADVAL, DAVID PERLMUTTER, STEVE SANGHI, EYAL WALDMAN, and GREGORY L. WATERS, NVIDIA INTERNATIONAL HOLDINGS INC., TEAL BARVAZ LTD., AND NVIDIA CORPORATION,<br><br>Defendants. | Case 3:19-cv-2428-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1  In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Lewis Stein ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter (the "Action"), without prejudice. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: October 14, 2019

**TOSTRUD LAW GROUP, P.C.**

By: */s/ Jon A. Tostrud*
   Jon A. Tostrud
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com

Thomas J. McKenna
**GAINEY McKENNA & EGLESTON**
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiff*